UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRAVIS GENTLE and LISA GENTLE,<br><br>                    Plaintiffs,<br><br>     v.<br><br>PORTLAND ORTHOPAEDICS LIMITED; PORTLAND ORTHOPAEDICS, INC.; SYMMETRY MEDICAL, INC., doing business as Symmetry Medical Othy; SYMMETRY MEDICAL OTHY; SYMMETRY OTHY; OTHY; ORCHID ORTHOPEDIC SOLUTIONS; MIPRO US , INC.; MAXX HEALTH, INC.; MAXX ORTHOPEDICS, INC.; PLUS ORTHOPEDICS; SMITH & NEPHEW, INC.; and JOHN DOE CORPORATIONS 1-50,<br><br>                    Defendants. | NO:  2:16-CV-121-RMP<br><br>ORDER GRANTING STIPULATED MOTION FOR A PROTECTIVE ORDER |

BEFORE THE COURT is the parties' Stipulated Motion for a Protective

Order, ECF No. 28.  The Court has reviewed the stipulation, the record, and is

ORDER GRANTING STIPULATED MOTION FOR A PROTECTIVE ORDER ~ 1

1    fully informed.  The Court finds good cause to enter the protective order, which

2    will be set out in a separate document.

3         Accordingly, **IT IS HEREBY ORDERED** that the parties' Stipulated

4    Motion for a Protective Order, **ECF No. 28**, is **GRANTED**.

5         The District Court Clerk is directed to enter this Order and provide copies to

6    counsel.

7         **DATED** this 30th day of November 2016.

8

9                                     *s/ Rosanna Malouf Peterson*
                                     ROSANNA MALOUF PETERSON
10                                    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

ORDER GRANTING STIPULATED MOTION FOR A PROTECTIVE ORDER ~ 2