# UNITED STATES DISTRICT COURT

for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 07, 2018

SEAN F. McAVOY, CLERK

TRAVIS GENTLE and LISA GENTLE,

*Plaintiff*

v.

PORTLAND ORTHOPAEDICS LIMITED, et al.

*Defendant*

Civil Action No. 2:16-cv-121-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other**: Plaintiffs' Partial Motion for Summary Judgment (ECF No. 46) is DENIED. Defendants' Motion for Summary Judgment (ECF No. 51) is GRANTED. Plaintiffs' claims against Mipro US, Maxx Health, Inc., and Maxx Orthopedics, Inc. are DISMISSED with prejudice. Judgment is entered in favor of Mipro US, Maxx Health, Inc., and Maxx Orthopedics, Inc.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on motions for Summary Judgment (ECF Nos. 46 and 51).

Date: 2/7/2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen