1

2

3
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 11, 2018

SEAN F. McAVOY, CLERK

4

5               UNITED STATES DISTRICT COURT

6               EASTERN DISTRICT OF WASHINGTON

7

8  TRAVIS GENTLE and LISA
   GENTLE, husband and wife,                NO:  2:16-CV-121-RMP

9                          Plaintiff,        ORDER OF DISMISSAL WITH
                                             PREJUDICE
10       v.

11 PORTLAND ORTHOPAEDICS
   LIMITED; PORTLAND
12 ORTHOPAEDICS, INC.; OTHY;
   PLUS ORTHOPEDICS; and JOHN
13 DOE CORPORATIONS 1-50,

14                         Defendants.

15

16       BEFORE THE COURT is Plaintiffs' Notice of Voluntary Dismissal with

17 Prejudice, ECF No. 97.  Having reviewed the Notice and the record, the Court finds

18 good cause to approve dismissal.  Accordingly, **IT IS HEREBY ORDERED**:

19       1. Plaintiffs' Notice of Voluntary Dismissal with Prejudice, **ECF No. 97**, is

20          **APPROVED**.

21

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. Plaintiffs' Complaint is dismissed with prejudice and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** July 11, 2018.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2